**Below is the Order of the Court.**

*Mary Jo Heston*
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re: ) | Case No. 25-43090-MJH |
| ) | |
| BONNIE E. BURNS, ) | |
| ) | **ORDER DISMISSING CASE** |
| ) | **AND BARRING DEBTOR FROM** |
| ) | **RE-FILING BANKRUPTCY FOR** |
| ) | **180 DAYS** |
| Debtor. ) | |

**THIS MATTER** having come before the Court upon the Chapter 13 Trustee's motion to dismiss debtor's case and bar re-filing bankruptcy for 180 days, proper notice having been given, and the Court having examined the files and records herein, and being otherwise fully advised, now, therefore, it is hereby

**ORDERED** that the above-captioned Chapter 13 case is dismissed and the above-named debtor is hereby barred from re-filing for bankruptcy relief under this chapter of the Bankruptcy Code for a period of 180 days from the date of the entry of this Order. It is further

Michael G. Malaier
Chapter 13 Standing Trustee
5219 N. Shirley, Ste 101
Ruston, WA 98407
(253) 572-6600

**ORDERED** that upon dismissal or conversion, any refund shall be payable to the debtor and may be forwarded to the debtor though the attorney's office, if any, per 11 U.S.C. 349(b)(3). It is further

**ORDERED** that any funds being held by the Trustee shall be applied to the filing fee, with any remaining balance returned to the debtor.

/ / /End of Order/ / /

Presented by:

/s/ Michael G. Malaier
_____
Michael G. Malaier, WSBA #34729
Chapter 13 Standing Trustee

Michael G. Malaier
Chapter 13 Standing Trustee
5219 N. Shirley, Ste 101
Ruston, WA 98407
(253) 572-6600

ORDER DISMISSING CASE AND BARRING
RE-FILING BANKRUPTCY FOR 180 DAYS - Page 2